UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

DOMINIQUE BROWN                                                                    PLAINTIFF

v.                                                        CIVIL ACTION NO. 5:14CV-P97-R

RICKY PARNELL                                                                      DEFENDANT

## MEMORANDUM OPINION

Plaintiff Dominique Brown initiated this civil action. Upon filing the instant action, she assumed the responsibility of keeping this Court advised of her current address and to actively litigate her claims. *See* LR 5.2(d) ("All pro se litigants must provide written notice of a change of address to the clerk and to the opposing party or the opposing party's counsel. Failure to notify the Clerk of an address change may result in the dismissal of the litigant's case or other appropriate sanctions.").

The Court sent two Orders to Plaintiff in June 2014. Those mailings were returned marked "Return to Sender" and "Unable to Forward." Plaintiff has not advised the Court of a change of address, and neither notices from this Court nor filings by Defendant in this action can be served on Plaintiff. In such situations, courts have an inherent power "acting on their own initiative, to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962). Because it appears to this Court that Plaintiff has abandoned any interest in prosecution of this case, the Court will dismiss Plaintiff's claims by separate Order.

Date:


cc:     Plaintiff, *pro se*
        Defendant
4413.009